IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TYRELL HONEY**                                                                            **PLAINTIFF**

V.                            **CASE NO.: 08-6074**

**JAMES C. CROUCH**                                                         **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the Plaintiff hereto to dismiss the Complaint against Defendant, James Crouch, the Court being advised that all matters and controversies have been amicably settled, this case is hereby dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Dated this 3rd day of November, 2009.

_____
HONORABLE ROBERT T. DAWSON

Prepared by:

Brian W. Ray
CLEVENGER & RAY, PLLC
124 West Capitol Avenue, Suite 860
Little Rock, AR 72201-3704
(501) 376-9100

Approved as to Form:

_____
Christopher R. Heil
BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, AR 72227

Attorney for Plaintiff

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 03 2009

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK